# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −99)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,504 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 03, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

MDL No. 2804

### SCHEDULE CTO−99 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 19−00716 | Union County, Florida v. Purdue Pharma L.P., et al |
| FLM | 6 | 19−01098 | City of Sanford, Florida v. Purdue Pharma L.P.., et al |
| FLM | 6 | 19−01103 | City of Daytona Beach, Florida v. Purdue Pharma L.P., et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 1 | 19−00107 | DIXIE COUNTY FLORIDA v. PURDUE PHARMA LP et al |
| FLN | 1 | 19−00109 | GILCHRIST COUNTY, FLORIDA v. PURDUE PHARMA LP et al |
| FLN | 4 | 19−00270 | TAYLOR COUNTY FLORIDA v. PURDUE PHARMA LP et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 19−22476 | City of Florida City, Florida v. Purdue Pharma, L.P. et al |
| FLS | 2 | 19−14203 | City of Fort Pierce, Florida v. Purdue Pharma L.P. et al |
| FLS | 2 | 19−14207 | City of Port St. Lucie, Florida v. Purdue Pharma L.P. et al |
| **KANSAS** | | | |
| KS | 2 | 19−02300 | United Keetoowah Band of Cherokee Indians v. AmerisourceBergen Drug Corporation et al |
| KS | 2 | 19−02309 | Wyandotte Nation v. AmerisourceBergen Drug Corporation et al |
| KS | 2 | 19−02316 | Board of Commissioners of Leavenworth County, Kansas v. AmerisourceBergen Drug Corporation et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 19−00385 | Carpenter Hospice of Northwest Louisiana, LLC et al v. Purdue Pharma, L.P. et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 5 | 19−00750 | C M G H Minden L L C v. Purdue Pharma L P et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 8 | 19−01735 | County Commissioners of Calvert County, Maryland v. Purdue Pharma L.P. et al |
| MD | 8 | 19−01736 | Dorchester County, Maryland v. Purdue Pharma L.P. et al |
| MD | 8 | 19−01737 | City of Cambridge, Maryland v. Purdue Pharma L.P. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 19−01573 | Carlton County v. Purdue Pharma L.P. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 19−13747 | SUSSEX COUNTY, NEW JERSEY v. PURDUE PHARMA L.P. et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 19−00594 | ALAMANCE COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 19−01704 | Chester South Carolina, City of v. Purdue Pharma LP et al |
| SC | 2 | 19−01695 | Georgetown County, South Carolina v. Purdue Pharma LP et al |
| SC | 2 | 19−01696 | Georgetown City, South Carolina v. Purdue Pharma LP et al |
| SC | 5 | 19−01692 | Orangeburg South Carolina, City of v. Purdue Pharma LP et al |